## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**WASHANAH APRIL ABEYTA,**

    **Plaintiff,**

v.                                                                                      **No. 20-cv-0994 RB/SMV**

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

    **Defendant.**

### ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS
### AND DIRECTING SERVICE OF PROCESS

THIS MATTER is before the Court on Plaintiff's Motion to Proceed in Forma Pauperis with Financial Affidavit Pursuant to 28 U.S.C. § 1915 [Doc. 4], filed on September 29, 2020. The Court, being fully advised in the premises FINDS that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Proceed in Forma Pauperis [Doc. 4] be **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal Service serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**